United States District Court
Eastern District of New York

## NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

__09__ CV __4391__

1) indicated that this case is related to the following case(s):

__09 CV 3446__

_____

_____

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to ____ CR/CV _____.